JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SMOKE AND VAPE KINGDOM, INC. et al., <br><br> Defendants. | Case No. 2:22-cv-08566-SB-KS <br><br> ORDER OF DISMISSAL |

Plaintiff filed a notice of settlement, followed by a stipulation of dismissal with prejudice signed by counsel for all parties. Dkt. Nos. 37, 39. Accordingly, Plaintiff's claims are DISMISSED with prejudice, this case is CLOSED, and the hearing set for May 5, 2023, is VACATED.

IT IS SO ORDERED.

Date: May 4, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1